UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **JOHNNY J. MOSS** | **CIVIL ACTION** |
| **VERSUS** | **NO.  15-2299** |
| **DEPARTMENT OF PUBLIC SAFETY & CORR., WARDEN JOHNNY HEDGEMON** | **SECTION "A"(2)** |

### O R D E R

The Court, having considered the complaint, the record, the applicable law, the Report and Recommendation of the United States Magistrate Judge, and the failure of any party to file an objection to the Magistrate Judge's Report and Recommendation, hereby approves the Report and Recommendation of the United States Magistrate Judge and adopts it as its opinion in this matter.  Therefore,

**IT IS ORDERED** that the petition of Johnny J. Moss for issuance of a writ of habeas corpus under 28 U.S.C. § 2254 be **DISMISSED WITH PREJUDICE** as time-barred.

New Orleans, Louisiana, this 4th day of December, 2015.

_____
UNITED STATES DISTRICT JUDGE